UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIO WILEY**                                                                                    **PLAINTIFF**
**ADC #157707**

V.                              No. 4:21-CV-01147-LPR-JTR

**JAMES GIBSON, Warden,**
**Varner Unit, ADC, et al.**                                                                     **DEFENDANTS**

### ORDER

On November 18, 2021, Demario Wiley ("Wiley"), an inmate in the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (*Doc. 1*). On December 1, 2021, the Court issued an Initial Pro Se Prisoner Order that, among other things, directed Wiley to, on or before December 31, 2021, either pay the $402 filing fee, in full, or submit a completed *in forma pauperis* application. (*Doc. 3*).

On December 15, 2021, the Clerk of the Court received a $52.00 check from Wiley, along with a letter from him stating that the check constituted his "remaining filing fee," as he had previously submitted a $350.00 payment on October 30, 2021. (*Doc. 4*). However, the Clerk's records indicate that the prior $350.00 check Wiley referenced was not processed, but instead voided and returned to the Arkansas Division of Corrections ("ADC") Trust Fund Centralized Banking Office, enclosed with a November 18, 2021 letter from the Clerk. (*See Doc. 4*).

In light of those circumstances, the Court entered an Order, on December 16, 2021, that directed the Clerk to process Wiley's $52.00 payment and apply it to his account. (*Id.*). Additionally, this Order gave Wiley until January 15, 2022 to either: (1) submit the remaining $350.00 payment to complete his filing fee; or (2) file a completed *in forma pauperis* application.

(*Id.*). Importantly, this Order cautioned Wiley that if he did not comply, his case would be dismissed, without prejudice. (*Id.*).

On January 7, 2022, Wiley filed a Notice with the Court, stating: "The Plaintiff is now sending the remaining $350.00 of the filing fee," which "was mailed to the Clerk's Office on the date of December 20, 2021." (*Doc. 5*). Although the Court received Wiley's Notice (*Doc. 5*), as of March 30, 2022, the Court has not received the remaining $350 payment from Wiley. Nor has Wiley filed an application to proceed *in forma pauperis*. The time to do so has expired.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 30th day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE