UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARIO WILEY**  **PLAINTIFF**
**ADC #157707**

V.     No. 4:21-CV-01147-LPR-JTR

**JAMES GIBSON, Warden,**
**Varner Unit, ADC, et al.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on March 30, 2022, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 30th day of March, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE